**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LUDIN ELIU RAMOS ARELLANOS**, <br><br> *Petitioner*, <br><br> v. <br><br> **JOHN RIFE, In His Official Capacity As ICE Field Office Director, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-02818-JDW** |

**ORDER**

**AND NOW**, this 4th day of May, 2026, upon consideration of Petitioner Ludin Eliu Ramos Arellanos's Petition For Writ Of Habeas Corpus (ECF No. 1), and for substantially the same reasons set forth in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-5555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 26-cv-532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1.     Mr. Ramos is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A);

2.     The Government shall **RELEASE** Mr. Ramos from custody immediately and certify compliance with this Order by filing on the docket no later than 12:00 p.m. ET on May 5, 2026;

3.     The Government is temporarily enjoined from re-detaining Mr. Ramos for seven days following his release from custody;

4.      If the Government chooses to pursue re-detention of Mr. Ramos after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5.      Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Ramos from the Eastern District of Pennsylvania before the ordered bond hearing for any purpose other than facilitating his return home. If the immigration judge determines that Mr. Ramos is subject to detention under 8 U.S.C. § 1226(a), then the Government may request permission from me to move Mr. Ramos if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. I will then determine whether to grant the request and permit transfer of Mr. Ramos.

6.      Nothing in this Order prevents federal, state, or local law enforcement authorities from detaining Mr. Ramos in connection with any criminal charges against him or from housing him in any location that those authorities determine is appropriate, whether within or outside of this district.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

2